# United States District Court
# For The Western District of North Carolina
# Asheville Division

David Michael Mathews,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            2:11-cv-00022

Michael J. Astrue,
Commissioner of Social Security Administration ,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/14/12 Order of Remand.

February 14, 2012                              FRANK G. JOHNS, CLERK

                                           s/ Nancy Laughlin
                               BY: _____
                                       Nancy Laughlin, Deputy Clerk