# United States District Court
# For The Western District of North Carolina
# Asheville Division

David Michael Mathews,

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　2:11-cv-00022

Michael J. Astrue,
Commissioner of Social Security Administration ,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/14/12 Order of Remand.

　　　　　　　　　　　　　　　　　　FRANK G. JOHNS, CLERK

February 14, 2012

　　　　　　　　　　　　　　　　BY:　__s/ Nancy Laughlin_____

　　　　　　　　　　　　　　　　　　Nancy Laughlin, Deputy Clerk